BOWMAN AND BROOKE LLP
Robert K. Miller (SBN 214133)
Robert.Miller@bowmanandbrooke.com
Renee Konigsberg Diaz (SBN 186320)
Renee.Konigsberg@bowmanandbrooke.com
879 W. 190th Street, Suite 700
Gardena, CA 90248
Tel: 310/ 768-3068
Fax: 310/ 719-1019

JS-6

Attorneys for Defendants,
YAMAHA MOTOR CORPORATION, U.S.A.,
YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA,
and YAMAHA MOTOR CO., LTO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| Myra White,<br><br>                     Plaintiff,<br><br>     vs.<br><br>Yamaha Motor Corporation, U.S.A., Yamaha Motor Manufacturing Corporation of America, and Yamaha Motor Co. Ltd., and Does 1-100,<br><br>                     Defendants. | CASE NO. 8:09-cv-00237-CAS-PJW<br><br>Hon. Christina A. Snyder<br><br>[PROPOSED] ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
|---|---|

ORDER

Pursuant to the Stipulation for Dismissal with Prejudice submitted by these parties and good cause appearing,

IT IS HEREBY ORDERED that the Complaint filed by Myra White shall be dismissed with prejudice as against YAMAHA MOTOR CORPORATION, U.S.A., YAMAHA MOTOR MANUFACTURING

1  CORPORATION OF AMERICA, and YAMAHA MOTOR CO., LTD., each
2  party to bear her/its own costs and attorney's fees.
3
4      SO **ORDERED.**
5
6  DATED: September 11, 2012

*[signature: Christina A. Snyder]*

The Honorable Christina A. Snyder
United States District Court

PROOF OF SERVICE
*CCP 1013A(3)*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 879 West 190th Street, Suite 700, Gardena, California 90248-7468.

On September 10, 2012, I served the foregoing document described as *[PROPOSED] ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE* on all interested parties in this action by placing ( ) the original (X) true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

(X)   BY MAIL (CCP §1013(a) and §2015.5): As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Gardena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

( )   BY OVERNIGHT DELIVERY/NEXT DAY DELIVERY (CCP §1013(a) and §2015.5): I sealed such document(s) in separate envelopes for each addressee and deposited each for collection and mailing via overnight mail/next day delivery in a box or other facility regularly maintained by the U.S. Postal Service or an express service carrier, or delivered to an authorized courier or driver authorized by the U.S. Postal Service or an express service carrier to receive documents, with delivery fees paid or provided for.

( )   BY FACSIMILE (CRC 2.306 and §2015.5): The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed on the attached service/mailing list and the transmission(s) reported as complete and without error.  The facsimile machine I used complied with the California Rules of Court, Rule 2.306(g), and no error was reported by the machine.  Pursuant to CRC, Rule 2.306(g), I caused the facsimile machine to print a transmission(s) record, a true and correct copy of which is attached hereto.

( )   BY PERSONAL SERVICE (CCP §1011 and §2015.5): I caused to be delivered such envelope by hand to the addressee.

Executed on September 10, 2012, at Gardena, California.

( ) (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
De Anna J. Louviere-Hernandez

1729635-WE 2                              3

## SERVICE/MAILING LIST

### Myra White v. Yamaha Motor Corporation, U.S.A., et al.
United States District Court/Central District of California Case No. 8:09-cv-00237

| | |
|---|---|
| Myra "Vivian" White<br>1201 Donna Lynne Drive S.E.<br>Dalton, Georgia  30721<br>705/ 537-9708 | Plaintiff in Pro Per |